IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CURTIS CHARLES PRESTON, 1742127, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:14-CV-2156-N |
| | ) | |
| WILLIAM STEPHENS, Director, TDCJ-CID, | ) | |
| Respondent. | ) | |

## FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

This case has been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and a standing order of reference from the district court. The Findings, Conclusions and Recommendation of the Magistrate Judge follow:

### I.

On June 12, 2014, Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 10, 2014, he filed an identical petition in *Curtis Charles Preston v. William Stephens*, No. 3:14-CV-2109-M (N.D. Tex.). That petition is currently pending. The undersigned United States Magistrate Judge therefore recommends that this case be dismissed as duplicative.

### II.

For the foregoing reasons, the United States Magistrate Judge recommends that this case be dismissed as duplicative.

Signed this 1ˢᵗ day of July, 2014.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

**INSTRUCTIONS FOR SERVICE AND**
**NOTICE OF RIGHT TO OBJECT**

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of this report and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).