**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CURTIS CHARLES PRESTON, 1742127,** )<br>Petitioner, )<br>)<br>v.   )<br>)<br>**WILLIAM STEPHENS, Director, TDCJ-CID,** )<br>Respondent. ) | No. 3:14-CV-2156-N |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS SO ORDERED.

Signed this 1st day of August, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE